FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

1
2
3
4
5
6
7     UNITED STATES DISTRICT COURT
8     CENTRAL DISTRICT OF CALIFORNIA
9            WESTERN DIVISION
10
11  SHANNON PORTER CORYELL,        )  No. ED CV 04-00623-JFW (VBK)
                                   )
12              Petitioner,        )  ORDER (1) ACCEPTING AND ADOPTING
                                   )  THE REPORT AND RECOMMENDATION OF
13       v.                        )  THE UNITED STATES MAGISTRATE
                                   )  JUDGE, AND (2) DISMISSING THE
14  CALIFORNIA DEPARTMENT OF       )  PETITION FOR WRIT OF HABEAS
    CORRECTIONS, et al.,           )  CORPUS
15                                 )
                Respondents.       )
16                                 )
17  _____)

18       Pursuant to 28 U.S.C. §636, the Court has made a de novo review
19  of the Second Amended Petition for Writ of Habeas Corpus ("Second
20  Amended Petition"), Respondent's Answer, Petitioner's Traverse, all of
21  the records herein and the Report and Recommendation of the United
22  States Magistrate Judge ("Report").
23  //
24  //
25  //
26  //
27  //
28  //

1  **IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered dismissing the Second Amended Petition with prejudice.

DATED: 1/4/08

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE