*FILED*
CLERK, U.S. DISTRICT COURT
JAN - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHANNON PORTER CORYELL, | No. ED CV 04-00623-JFW (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Second Amended Petition for Writ of Habeas Corpus ("Second Amended Petition") with prejudice,

**IT IS ADJUDGED** that the Second Amended Petition is dismissed with prejudice.

DATED: 1/4/08

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE